UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASON PAUL CHERRY,

    Plaintiff,

v.                                                      Case No. 3:22cv670-MCR-HTC

WILLIAM POWELL
    DIRECTOR ESCAMBIA COUNTY JAIL,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 16, 2022. ECF No. 8. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and any timely filed objections, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this Order.

Case No. 3:22cv670-MCR-HTC

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and as malicious for Plaintiff's failure to comply with Court orders and Plaintiff's failure to disclose truthfully and completely his litigation history.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 19th day of October 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv670-MCR-HTC